UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GURROLA, et al.,<br><br>   Plaintiffs.<br><br>  v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT,<br><br>   Defendant. | Case No.  16-cv-00308-JCS<br><br>**ORDER TO SHOW CAUSE** |

  Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 19, 2016, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was present.

  IT IS HEREBY ORDERED that Plaintiff appear on **September 23, 2016, at 2:00 p.m.**, before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 19, 2016, for failure to prosecute, and for failure to comply with the Court's Order of June 2, 2016.  A further case management conference is also scheduled for **September 23, 2016**, **at 2:00 p.m.**

  IT IS SO ORDERED.

Dated: August 23, 2016

                   _____
                   JOSEPH C. SPERO
                   Chief Magistrate Judge