AMY R. LEVINE, State Bar No. 160743
alevine@dwkesq.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
DANNIS WOLIVER KELLEY
275 Battery Street, Suite 1150
San Francisco, CA 94111
Telephone: 1.415.543.4111
Facsimile: 1.415.543.4384

Attorneys for Defendant/Counter-Claimant
ANTIOCH UNIFIED SCHOOL DISTRICT

NICOLE HODGE AMEY, State Bar No. 215157
hodgelaw@gmail.com
LAW OFFICES OF NICOLE HODGE AMEY
8033 MacArthur Blvd., #5100
P. O. Box 5100
Oakland, California
Telephone: 510.569.3666
Facsimile: 866.602.2986

Attorney for Plaintiffs
J.R., a minor by and through her parent VANESSA GURROLA
and VANESSA GURROLA and Counter-Defendants VANESSA
GURROLA, NICOLE HODGE AMEY and THE LAW OFFICE
OF NICOLE HODGE AMEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor by and through her parent VANESSA GURROLA and VANESSA GURROLA,<br><br>Plaintiffs,<br><br>v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM. | Case No. CV 16-308 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br><br>Complaint filed: January 19, 2016 |

The parties to this Complaint and Counter-Claim, J.R., a minor by and through her parent VANESSA GURROLA, VANESSA GURROLA, Plaintiffs, VANESSA GURROLA, NICOLE HODGE AMEY, and THE LAW OFFICE OF NICOLE HODGE AMEY, Counter Defendants,

1

1  and ANTIOCH UNIFIED SCHOOL DISTRICT, Defendant and Counter-Claimant,
2  by and through their respective counsel, hereby jointly request that the Court dismiss this matter
3  in its entirety, and against all parties, with prejudice, pursuant to the settlement of the parties.
4     The parties further request that the Court retain jurisdiction to enforce the terms of the
5  settlement.
6     The foregoing is agreed to by:
7  DATED: September 20, 2016        DANNIS WOLIVER KELLEY

By: /s/Amey R. Levine
AMY R. LEVINE
Attorneys for Defendant/Counter-Claimant
ANTIOCH UNIFIED SCHOOL DISTRICT

Dated: September 20, 2016        LAW OFFICES OF NICOLE HODGE AMEY

/s/Nicole Hodge Amey
By:
NICOLE HODGE AMEY
Attorney for Plaintiffs
J.R. and VANESSA GURROLA and
for Counter-Defendants VANESSA
GURROLA, NICOLE HODGE AMEY
and THE LAW OFFICE OF NICOLE
HODGE AMEY

[PROPOSED] ORDER

IT IS SO ORDERED.

Date: September 22, 2016

Magistrate Judge Joseph C. Spero